**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-20852-CMA

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

MOBILE CUSTOMIZING INC., a Florida Profit Corporation and THE CAR STORE USA LLC, a Florida Limited Liability Company

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, MOBILE CUSTOMIZING, INC. and THE CAR STORE USA, LLC (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement and agree not to file any additional motions in this matter. All Parties consent to the form and content of this Stipulation.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff

By: *Anthony J. Perez*
Anthony J. Perez, Esq.
Florida Bar No. 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, FL 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Email: ajp@ajperezlawgroup.com
Attorney for Defendant, Mobile Customizing Inc.

By: *Vicente Cortesi*
Vicente Cortesi, Esq.
Florida Bar No. 1025099
HINSHAW & CULBERTSON LLP
2811 Ponce de Leon Blvd
Suite 1000, 10th Floor
Coral Gables, FL 33134
Telephone: (305)428-5032
E-Mail: vcortesi@hinshawlaw.com
Attorney for Defendant, The Car Store USA LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-20852-CMA

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

MOBILE CUSTOMIZING INC., a Florida Profit Corporation and THE CAR STORE USA LLC, a Florida Limited Liability Company

      Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 21, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: _Ronald E. Stern_
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff